**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA, THE STATE OF FLORIDA and DAVID ROBBINS,**

Plaintiffs,

v.

Case No: 6:18-cv-633-Orl-28DCI

**HALIFAX HOSPITAL MEDICAL CENTER, HALIFAX STAFFING, INC., HASSAN ZULFIQAR and KIRSTEN S. KIM,**

Defendants.

## ORDER

In light of Plaintiff David Robbins's Notice of Voluntary Dismissal (Doc. 23) and the United States' Notice of Consent to Dismissal Without Prejudice (Doc. 24), this case is dismissed without prejudice. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on August 29th, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties